Filing # 114934646 E-Filed 10/14/2020 10:03:47 AM

IN THE CIRCUIT COURT OF THE 19TH JUDICIAL CIRCUIT
IN AND FOR ST. LUCIE COUNTY, FLORIDA

LOVITA ROLLE,

        Plaintiff,

CASE NO.:

-vs-

WAL-MART STORES EAST, LP,
        Defendant.
_____/

## COMPLAINT

COMES NOW the Plaintiff, LOVITA ROLLE, by and through the undersigned counsel, sue the Defendant, WAL-MART STORES EAST, LP, and state:

1. This is an action for damages that exceed the minimum jurisdictional amount of this Court.

2. All conditions precedent have been performed or have occurred.

3. On or about August 10, 2018, Defendant, Wal-Mart Stores East, LP, leased, rented, possessed, controlled, operated, and/or owned a building and/or property located at or near 5100 Okeechobee Road, Fort Pierce, St. Lucie County, FL and did supervise and maintain said property through its agent and servants.

4. At that time and place, Plaintiff, LOVITA ROLLE, was an express or implied invitee of Defendant, Wal-Mart Stores East, LP and went onto Defendant, Wal-Mart Stores East, LP's premises to shop for goods.

5. Defendant Wal-Mart Stores East, LP, owed a nondelegable duty of reasonable care to maintain, inspect, and repair the premises in a reasonably safe condition for the safety of business invitees on the premises, which includes reasonable efforts to keep the premises free from transitory foreign objects or substances that might

foreseeably give rise to loss, injury, or damage, to warn of dangerous conditions, and in its mode of operation of the business premises.

6. Defendant, Wal-Mart Stores East, LP, negligently failed to maintain its premises in a reasonably safe condition, negligently failed to correct a dangerous condition about which Defendant, Wal-Mart Stores East, LP, either knew or should have known, by the use of reasonable care, and/or negligently failed to warn LOVITA ROLLE of a dangerous condition about which Defendant, Wal-Mart Stores East, LP, had, or should have had, knowledge greater than that of LOVITA ROLLE.

7. Defendant, Wal-Mart Stores East, LP, negligently failed to exercise reasonable care in the maintenance, inspection, repair, warning, or mode of operation of the business premises by allowing water or other transient liquids or substances to be and to remain on the floor of its premises.

8. The dangerous condition was created by and/or known to Defendant, Wal-Mart Stores East, LP, or had existed for a sufficient length of time so that defendant should have known of it.

9. As a result of Defendant, Wal-Mart Stores East, LP's negligence, Plaintiff, LOVITA ROLLE, slipped.

10. As a result the aforementioned slip, Plaintiff, LOVITA ROLLE, suffered bodily injury and resulting pain and suffering, disability, physical impairment, disfigurement, mental anguish, inconvenience, loss of capacity for the enjoyment of life, incurred expenses of hospitalization, medical, chiropractic and nursing care and treatment, loss of earnings, loss of ability to earn money and aggravation of a previously existing condition, disease or physical defect. LOVITA ROLLE's losses are either permanent or continuing

and plaintiff will suffer the losses in the future.

WHEREFORE, Plaintiff, LOVITA ROLLE, sues the Defendant, WAL-MART STORES EAST, LP, for compensatory damages, costs and interest and demands trial by jury of all issues so triable as a matter of right.

**STEINGER, GREENE & FEINER**
Attorneys for Plaintiff
507 NW Lake Whitney Place
Port St. Lucie, FL 34986
Telephone: (772) 621-9934
Facsimile: (772) 621-9954
dmitchell@injurylawyers.com
nbrowne@injurylawyers.com

/s/ David S. Mitchell
David S. Mitchell, Esquire
Florida Bar No.: 75935