## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

LOVITA ROLLE,   CASE NO. 2:20-cv-14399-KMM

    Plaintiff,

v.

WAL-MART STORES EAST, LP,

    Defendant,

_____/

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION TO JOIN ADDITIONAL DEFENDANTS, AMEND COMPLAINT AND REMAND AND SUPPORTING MEMORANDUM OF LAW

Defendant Walmart Stores East, LP ("Walmart"), through undersigned counsel, files this Unopposed Motion to respond to Plaintiff's Motion to Join Additional Defendants, Amend Complaint and Remand and Supporting Memorandum of Law ("Motion for Remand") [DE 13] and states as follows:

Defendant's response to Plaintiff's Motion for Remand [DE 13] is due December 22, 2020.  In light of the holidays, and due to substantive arguments raised in the Motion for Remand, Defendant needs additional time to gather information and research the issues in order to draft its response.

Defendant seeks a short two-week enlargement of time up to and including January 5, 2021 to file its response to Plaintiff's Motion for Remand. The extension sought is not for purposes of delay and will not prejudice Plaintiff.

WHEREFORE, Defendant respectfully requests this Court grant Defendant an extension through and including January 5, 2021 to respond to the Motion for Remand [DE 13], together with such other relief that the court deems just and proper.

CASE NO. 2:20-cv-14399-KMM

### Certificate of Compliance with Local Rule 7.1

Pursuant to Local Rule 7.1(a)(3), undersigned counsel for Defendant conferred with counsel for Plaintiff, who advised that Plaintiff does not oppose to the relief sought herein.

>Respectfully submitted,
>
>**LIEBLER, GONZALEZ & PORTUONDO**
>*Attorneys for Defendant*
>Courthouse Tower - 25th Floor
>44 West Flagler Street
>Miami, FL 33130
>(305) 379-0400
>service@lgplaw.com

By: */s/ Christine M. Manzo*
CHRISTINE M. MANZO
Florida Bar No. 52121
CAROLINA M. QUINTANA
Florida Bar No. 96935
NICHOLAS G. NEVILLE
Florida Bar No. 123893

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of December, 2020, I electronically caused the foregoing document to be filed with the Clerk of Court using CM/ECF and will send a notice of electronic filing to the following: **David S. Micthell, Esq.** (dmitchell@injurylawyers.com), Steinger, Greene & Feiner, *Attorneys for Plaintiffs*, 507 NW Lake Whitney Place, Port St. Lucie, Florida 34986.

>*/s/ Christine M. Manzo*
>CHRISTINE M. MANZO